# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

JAMES K. MATLEAN,

           Plaintiff,

v.

JAMES DZURENDA, *et al.*,

           Defendant(s).

Case No. 2:19-CV-01498-APG-DJA

**AMENDED ORDER REGARDING THE INMATE EARLY MEDIATION**

The Court previously issued an order establishing the requirements for the inmate early mediation in this case and appointing KATHLEEN L. BERGQUIST, ESQ. as mediator. ECF No. 14. That order continues to govern the inmate early mediation except as **MODIFIED** as follows:

- JAMES A. KOHL, ESQ. is appointed in place of KATHLEEN L. BERGQUIST, ESQ. due to a family emergency.

**IT IS SO ORDERED.**

**DATED** this 5th day of January 2021.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE