UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES K. MATLEAN,<br><br>    Plaintiff<br><br>v.<br><br>JAMES DZURENDA, et al.,<br><br>    Defendants | Case No.: 2:19-cv-01498-APG-DJA<br><br>**Order Granting Motion to Dismiss as Unopposed**<br><br>[ECF No. 49] |

Defendants Core Civic, B. Greigo, and Todd Thomas filed a motion to dismiss on December 29, 2021. ECF No. 49. Plaintiff James Matlean did not file a response. Instead, he requested that his time to respond be extended until February 17, 2022. ECF No. 54. That date has long since passed and Matlean still has not filed a response. I therefore grant the motion to dismiss as unopposed. *See* LR 7-2(d).

I THEREFORE ORDER that defendants Core Civic, B. Greigo, and Todd Thomas's motion to dismiss **(ECF No. 49) is GRANTED** as unopposed.

I FURTHER ORDER that defendants Core Civic, B. Greigo, and Todd Thomas's motion to stay **(ECF No. 59) is DENIED** as moot.

DATED this 8th day of March, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE