UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES K. MATLEAN, | Case No.: 2:19-cv-01498-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| JAMES DZURENDA, et al., | |
| Defendants | |

On February 15, 2022, plaintiff James Matlean was advised by the court that this action would be dismissed without prejudice as to defendants Dwayne Deal, J. Emerson, J. Warner, and J. Guilin unless by March 17, 2022, Matlean filed proper proof of service or showed good cause why such service was not timely made. ECF No. 57. Matlean has not filed proof of service or shown good cause why service was not made. Matlean also has not shown cause why this action should not be dismissed without prejudice as to these defendants under Federal Rule of Civil Procedure 4(m).

I THEREFORE ORDER that plaintiff James Matlean's claims against defendants Dwayne Deal, J. Emerson, J. Warner, and J. Guilin are DISMISSED without prejudice.

DATED this 21st day of March, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE